IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 06-0566
 ((((((((((((((((

 City Of Seabrook, Texas

 v.

 PORT OF HOUSTON AUTHORITY

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The Joint Motion to Abate Oral Argument, filed on September 5,
2007, is granted, and this case is ABATED to allow the parties to proceed
with settlement negotiations.
 2. This case is removed from the Court's active docket until
December 7, 2007, by which time the parties must file either a status
report or a motion to dismiss. The parties shall immediately notify this
Court about any changes in status in the settlement proceedings.

 Done at the City of Austin, this 8th day of October, 2007.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk